# TENNESSEE HIGHWAY PATROL MULTIPLE OFFENSE CITATION

347326    1.4.17    W487206

THE NUMBER OF VIOLATIONS THIS CITATION: **1** MOVING + **0** NON-MOVING = **1** TOTAL (MAX. 5)

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES.

ON **Tue** THE **22** DAY OF **Nov** 20**16**   TIME: **980 PM**   SEX: **M**   RACE: **W**   TN RES: **NO**

## VIOLATOR
- NAME: **Donald** (First) **Gibson** (Last)
- D.O.B.: MONTH **5** DAY **4** YEAR **1982**
- ADDRESS / CITY / STATE / ZIP CODE: [redacted]
- SOCIAL SECURITY NUMBER: [redacted]
- DRIVER'S LICENSE NUMBER: [redacted]
- DL CLASS: **A**   CDL: **X**   STATE: **MI**
- EXPIRATION DATE: MONTH **5** DAY **4** YEAR **2018**

## VEHICLE
- [ ] Motorcycle
- [ ] Automobile
- [X] CMV
- [ ] Other
- CRASH OCCURRED: Y / **N**
- OTHER VEH. INVOLVED: **X** Y / N
- MAKE: **Freightliner**   MODEL: **TT**   YEAR: **2014**   COLOR: **White**
- LICENSE PLATE NO: **RA75246**   STATE: **MI**   EXP. YEAR: **2017**
- Was this vehicle registered to driver? Y / **N** — IF NO, THEN NAME: **Koleaseco Inc**   BUSINESS ADDRESS: **4265 Corporate Exchange Dr, Hudsonville**
- DESIGNED TO TRANSPORT: Under 26,000 Lbs. / Over 26,000 Lbs. **Y**
- 16 OR MORE PASSENGERS: **N**
- Hazmat: **Y/N**
- U.S. D.O.T. NO.: ___

## LOCATION
- UPON STREET/HWY: **I-75**   MM: **21**   CITY/COUNTY: **Bradley**
- DIRECTION: NORTH / EAST / **SOUTH** / WEST
- HWY TYPE: 2-L / 3-L / **4-L** / DIV / I-RD
- AREA: BUS / SCHOOL / RES / **RURAL** / CONST

AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

## VIOLATION

| | | | | | | |
|---|---|---|---|---|---|---|
| A | TCA 55-8-___ SPEEDING ___ MPH IN ___ ZONE | | CONSTRUCTION ZONE: Y/N   WORKERS PRESENT: Y/N | RADAR 02   PACING 03 | **X** | OTHER 04   LASER 05 |
| B | TCA 55-10-205 RECKLESS DRIVING | 002 | H TCA 55-8-___ TRAFFIC CONTROL DEVICE/SIGNAL | O TCA 55-4-___ REGISTRATION VIOL. | | OTHER 1   **Y** TCA **55-8-136** |
| C | TCA 55-8-___ IMPROPER PASSING | | I TCA 55-8-124 FOLLOWING TOO CLOSE | 006 | P TCA 55-8-188 HOV LANE VIOLATION | 113 |
| D | TCA 55-50-___ DL VIOL. | | K TCA 55-10-416 OPEN CONTAINER | 199 | S TCA 55-9-___ LIGHT LAW | Z OTHER 2 TCA |
| E | TCA 55-9-202 MUFFLER LAW | 106 | L TCA 55-9-107 WINDOW TINT | 199 | T TCA 55-12-139 FINANCIAL RESPONSIBILITY | 110 |
| G | TCA 55-9-___ SEATBELT LAW | | M TCA 55-9-602 CHILD RESTRAINT DEVICE | 393 | | |

NARRATIVE: (Due Care) Vehicle side swiped a vehicle traveling in the left lane.

## OFFICER

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE(S) HEREIN SET FORTH, CONTRARY TO LAW.

THIS **22** DAY OF **Nov** 20**16**   RANK: **Trp**   OFFICER NAME (PRINT): **Philip Reagan**   BADGE NO: **857**   ID# **0 1 R 4 6**

HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN AND SUBSCRIBED BEFORE ME THIS **28** DAY OF **Nov** 20**16**

SIGNATURE OF OFFICER: [signature]   JUDGE/CLERK: [signature]

## COURT

IN THE [X] **1** GENERAL SESSIONS COURT OF: **Bradley** COUNTY NO. **06**   **Cleveland** CITY NO. **01**
[ ] **6** JUVENILE COURT OF:
[ ] OTHER:

ON **Mon** THE **9** DAY OF **January** 20**17**   TIME: **9:05 AM**

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF ELEVEN (11) MONTHS TWENTY-NINE (29) DAYS AND/OR A FINE UP TO TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500).

I UNDERSTAND THE ABOVE NOTICE, AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

VIOLATOR'S SIGNATURE: [signature]

**Exhibit 1**

COUNTY _____ COURT _____

| CHARGE | DOCKET NO. _____ PAGE NO. _____ LINE NO. _____ HEARING DATE _____ |
|---|---|
| CODE LETTER | [ ] AFTER BEING FULLY ADVISED OF MY RIGHT TO THE AID OF COUNSEL IN EVERY STAGE OF THE PROCEEDINGS, AND FURTHER HAVING BEEN ADVISED THAT IF NECESSARY AN ATTORNEY WILL BE APPOINTED TO REPRESENT THE DEFENDANT, HEREBY WAIVE MY RIGHT TO COUNSEL.<br>[ ] AFTER BEING FULLY ADVISED OF MY RIGHTS BY THE COURT, IN WRITING WAIVE MY RIGHTS TO BE TRIED ONLY UPON INDICTMENT OR PRESENTMENT BY A GRAND JURY AND TO TRIAL BY A JURY OF PEERS.<br>[ ] I HEREBY EXPRESSLY WAIVE IN WRITING MY RIGHT TO A PRELIMINARY HEARING. |

DEFENDANT'S PLEA: [ ] GUILTY   [ ] NOT GUILTY

_____
DEFENDANT SIGNATURE

FINED $_____   COURT COST $_____   TOTAL $_____

DISPOSITION:  [ ] GUILTY   [ ] NOT GUILTY   [ ] DISMISSED   [ ] DISMISSED ON PAYMENT OF COST
              [ ] REDUCED TO_____   [ ] OTHER_____
              [ ] SCHOOL   [ ] FTA

_____   _____
JUDGE                              DATE

*(The same form block repeats five more times on this page — each with CHARGE / CODE LETTER / DOCKET NO. / PAGE NO. / LINE NO. / HEARING DATE fields, the three waiver checkboxes, DEFENDANT'S PLEA, FINED / COURT COST / TOTAL, DISPOSITION checkboxes, and JUDGE / DATE signature line. All fields blank.)*

Defendant: _____

TOTAL FINES $_____   TOTAL COURT COST $_____
THIS _____ DAY OF _____ 20____

STATE OF TENNESSEE, COUNTY OF BRADLEY
I, Gayla H. Miller, Clerk of the Sessions Criminal Court of said County, do hereby certify that the foregoing is a true copy of the **Original** as same as appears on file in my office.
WITNESS my hand and Official Seal at office in Cleveland, Tennessee this 11th day of July 20 11.
GAYLA H. MILLER, Clerk
_____ Deputy Clerk

EXECUTION ISSUED _____   REISSUED _____
BOOK _____ PAGE _____   BOOK _____ PAGE _____

Monday, July 17, 2017 03:21 PM

| | |
|---|---|
| **Save and Close**  **More Options** | |

**General** | [tabs]

Style Of Case: State Of Tn vs Donald Gilson

Case Number: 6GS1-2016-TR-5892
Case Sub Type: Traffic
Filing Date: 11/29/2016
Status: Closed
Status Date: 1/17/2017
Judge: Sheridan Randolph

Style of case is modified
[ ] Jury requested
[ ] Case Information is incomplete
[ ] Case is confidential
[ ] Case is sealed
Case is archived

**Options**
Audits
Case References
Case Statuses
Charges
Fees
Hearings
Parties
Print Blank Documents
Print Case Label
Print Cost Bill Report
Rule Docket Entries
Transactions
Trial Balance

Defendant: Donald Gilson
Charge: 55-8-136 DRIVERS TO EXERCISE DUE CARE
Last Pay Date: 1/17/2017    Balance Due: $0.00

| Count | Violation Date | Filing Date | Next Hearing | Disposition Date | Disposition |
|---|---|---|---|---|---|
| 1 | 11/22/2016 | 11/29/2016 | | 1/17/2017 | Guilty (Traf Ticket Paid in Full) |

Notes:

Add Attorney
Add Bond
Add Category
Add Document
Add File Folder
Add Joined/Consolidated Case
Add Payment Agreement
Add Reminder
Change Case Status
Receipting

OK    Cancel