# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SEAN DOUGLAS MILLER | ) |
|     Plaintiff, | ) |
| | ) No.: 1:17-CV-000321 |
| v. | ) |
| | ) JUDGE REEVES |
| DONALD DELMAR GIBSON and | ) MAGISTRATE JUDGE STEGER |
| KOLEASECO, INC. | ) |
|     Defendants. | ) |

## ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court that as evidenced by the signatures of the respective counsel for the parties appearing below, that the plaintiff(s), Sean Douglas Miller, and defendant(s), Donald Delmar Gibson and Koleaseco, Inc., have agreed to compromise and settle all matters in controversy in this case and that defendant(s), Donald Delmar Gibson and Koleaseco, Inc., are intended to be discharged from any further liability to the plaintiff(s), including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that defendant(s), Donald Delmar Gibson and Koleaseco, Inc., be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendant(s), Donald Delmar Gibson and Koleaseco, Inc.

Further, plaintiffs' counsel, by her signature hereto, hereby advises and represents to the court that any Medicare, TennCare, Workers Compensation, attorney liens, hospital liens, or other subrogation liens or interests, have been or will be satisfied from the settlement proceeds, including

any subrogation interests of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117(f).

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

LEWIS THOMASON


By: ___/s/ John R. Tarpley_____
     John R. Tarpley, BPR No. 9661
     424 Church Street, Suite 2500
     Post Office Box 198615
     Nashville, TN  37219
     (615) 259-1366

     Attorneys for Donald Delmar Gibson and Koleaseco, Inc.


BURKHALTER, RAYSON & ASSOCIATES, PC


By: ___/s/ David A. Burkhalter_____
     David A. Burkhalter, II, BPR No. 4771
     111 South Central Street
     Post Office Box 2777
     Knoxville, TN 37901

     Attorneys for Sean Douglas Miller